In re PERSONALIZED MEDIA
COMMUNICATIONS, LLC.

No. 2011–1158.

United States Court of Appeals,
Federal Circuit.

Oct. 13, 2011.

Thomas J. Scott, Jr., Goodwin Procter, LLP, of Washington, DC, argued for appellant.

Nathan K. Kelley, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and Scott C. Weidenfeller, Associate Solicitor.

LINN, PROST, and REYNA, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**